Court of Appeal, First Circuit, Parish of St. Tammany. 186 So.2d 435.

The application is denied. See per curiam to 48,240.

187 So.2d 739

**W. C. KAUFMAN, Jr.**

**v.**

**ARNAUDVILLE COMPANY, Inc., et al.**

No. 48282.

June 30, 1966.

In re: W. C. Kaufman, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 186 So.2d 337.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.